GISELE AMBROISE, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent.

Submitted November 13, 2006; decided January 9, 2007

Motion, insofar as it seeks leave to appeal from that portion

of the Appellate Division order that denied appellant's motion to renew, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.